In the Matter of Proving the Last Will and Testament of ANNA T. PRATT, Deceased.— Decree, so far as appealed from, unanimously affirmed, with costs against the appellants. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. JULIA PETRAN, Claimant, Respondent, v. ENDICOTT-JOHNSON CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SPENCER G. PRIME and Others, Respondents.— Motion granted, with ten dollars costs, unless the appellants perfect appeal and bring on same for argument at the next term of this court, and pay said costs, in which event the motion is denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE A. FULLER COMPANY, Relator, v. WALTER W. LAW JR., and Others, Tax Commissioners, as and Constituting the State Tax Commission, Respondents.— Motion granted. Present — Cochrane, P J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. JULIA REITER, Claimant, Respondent, v. BRONX REFRIGERATING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. HILMA E. SUNDBYE, Claimant, Respondent, v. MORTENSON WOOD WORKING COMPANY and Another, Appellants.— Motion denied, and stay vacated, with ten dollars costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

MARY SOLTYS, as Administratrix, etc., of JOSEPH SOLTYS, Deceased, Appellant, v. FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Respondent.— Motion denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. MARY SCHIBILISKE, Claimant, Respondent, v. BOARD OF PUBLIC WORKS, CITY OF KINGSTON, N. Y., and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. MARIA MARINO SANTIAGO and Others, Claimants, Appellants, v. MEYER & MEYER CORPORATION and Another, Respondents.— Decision unanimously affirmed, without costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

SIMON SHIMBERG, as Administrator, etc., of MINNIE SHIMBERG, Deceased, Appellant, v. HARRIS STRAUSS, Respondent.— Order unanimously affirmed, with costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

HENRY L. K. SHAW, Respondent, v. GEORGE E. HOGUE, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

SILAS J. VAN ALSTINE, Respondent, v. CITY OF AMSTERDAM, Appellant.— Motion denied, with ten dollars costs. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.